### (July 17, 1975)

■ In the Matter of MURRAY BERGER, Petitioner. QUEENS COUNTY BAR ASSOCIATION, Respondent.—Application by a suspended attorney, whose period of suspension has expired, for reinstatement as an attorney and counselor at law. Application granted; petitioner's name is directed to be restored to the roll of attorneys and counselors at law, effective forthwith. Gulotta, P. J., Hopkins, Brennan, Munder and Shapiro, JJ., concur.